**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08–4555 PA (RCx) | Date | November 14, 2008 |
|---|---|---|---|
| Title | Elva Grogan v. T-Shirt Wholesale Outlet | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS – COURT ORDER

On August 27, 2008, defendant T-Shirt Wholesale Outlet ("Defendant") filed its Answer. The Answer was filed without an accompanying Certification of Interested Parties as required by Local Rule 7.1-1. On October 31, 2008, the Court issued an Order requiring Defendant to file its Certification of Interested Parties by November 7, 2008. The October 31, 2008 Order also warned that Defendant's failure to respond "may result in the imposition of sanctions, including, but not limited to, the striking of the Answer and the entry of default." Defendant still has not filed a Certification of Interested Parties. Accordingly, no later than November 24, 2008, Defendant is ordered to show cause, in writing, why the Court should not impose sanctions for Defendant's failure to file its Certification of Interested Parties and failure to respond to the Court's October 31, 2008 Order. Defendant's failure to respond to this Order may result in the imposition of sanctions, including, but not limited to, the striking of the Answer and the entry of default.

IT IS SO ORDERED.

:

Initials of Preparer