**SEND**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 08–4555 PA (RCx) | | Date | January 13, 2009 |
|---|---|---|---|---|
| Title | Elva Grogan v. T-Shirt Wholesale Outlet | | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          IN CHAMBERS – COURT ORDER

On October 31, 2008, the Court issued an Order requiring defendant T-Shirt Wholesale Outlet ("Defendant") to file and serve, no later than November 7, 2008, its Certification of Interested Parties as required by Local Rule 7.1-1. (See Docket No. 13.) The Court warned that failure to comply with the Order could result in the imposition of sanctions. On November 14, 2008, the Court issued an Order to Show Cause ("OSC") why sanctions should not be imposed for Defendant's failure to comply with the October 31, 2008 Order. (See Docket No. 17.) The OSC warned that failure to respond by November 24, 2008 could result in sanctions. Defendant never responded, and never filed its Certification of Interested Parties. On December 15, 2008, the Court imposed sanctions on Defendant's counsel. (See Docket No. 19.) The Court gave Defendant's counsel the choice of donating $500 to the United States Treasury, or donating $300 worth of books to a local public school. Counsel was ordered to inform the Court of its choice, and to file Defendant's Certification of Interested Parties, no later than December 23, 2008. The Court also ordered Defendant's counsel to file a declaration signed under penalty of perjury attesting to compliance with the sanction no later than January 12, 2009. Defendant's counsel did none of these things.

Accordingly, the Court orders Defendant's counsel to show cause why he should not be held in contempt for failure comply with the Court's Orders. The Court sets a hearing on the Order to Show Cause on February 2, 2009, at 1:30 p.m. Defendant's counsel's failure to appear at the hearing will result in the issuance of a bench warrant.

IT IS SO ORDERED.